# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC WESTERN BANK, a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AIG SPECIALTY INSURANCE COMPANY, an Illinois corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; XL SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　Defendants. | Case No. CV 20-11085-DMG (PDx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [148]** |

　　Pursuant to the parties' stipulation and good cause appearing therefor,

　　IT IS HEREBY ORDERED that the above-captioned action (including all claims, causes of action, and counterclaims) is DISMISSED with prejudice, with each party to bear its own respective attorney's fees, costs, and expenses.

DATED: October 30, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE